UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HART,

          Plaintiff,

-v-

FEDERAL BUREAU OF INVESTIGATION, <u>et al.</u>,

          Defendants.

CIVIL ACTION NO. 25 Civ. 781 (KPF) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has issued three orders in this action dated April 9, 2025 (ECF No. 27), April 22, 2025 (ECF No. 32), and April 25, 2025 (ECF No. 34), each of which were mailed to Plaintiff Brandon Hart at the primary address he provided in the Complaint (ECF No. 1). The orders issued as ECF Nos. 27 and 32 were both returned to the Court as undeliverable and unable to forward, and it is unclear if Mr. Hart has received the order at ECF No. 34. Nevertheless, the Complaint does appear to list a second address for Mr. Hart in Chapel Hill, North Carolina. (ECF No. 1 at 1). Accordingly, the Clerk of the Court is respectfully directed to mail to Mr. Hart this Order at 20012 Grier, Chapel Hill, NC 27517, as well as ECF Nos. 27, 32, and 34 and a copy of the docket sheet.

Dated:    New York, New York
            May 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**